| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Adolfo Aguilar<br>638 W Ave H 12<br>Palmdale, CA, 93550<br>tel: 661 6092265<br><br>*Attorney for* In Pro Per | FILED APR 15 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk    FILED APR ~~15~~ 2010 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Adolfo Aguilar | |
|---|---|
| | CHAPTER 13 |
| | CASE NUMBER 2:10-bk-18636VZ |
| Debtor. | (No Hearing Required) |

# DEBTOR'S REQUEST TO CONVERT CHAPTER 13 CASE
# TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. § 1307(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Debtor hereby requests that this Court enter an Order converting the above Chapter 13 case to a case under Chapter 7 on the grounds set forth below:

1. A Voluntary Petition under Chapter 13 was filed on: 3/9/10

2. This case has not been previously converted.

Dated: 4/14/10

Respectfully submitted,

ADOLFO AGUILAR
*Firm Name*

By: ADOLFO AGUILAR

Name: Adolfo Aguilar
*Attorney for Debtor/Trustee*

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3015-1.3**

Debtor's Motion to Convert Case - *Page 2*                                    **F 1017-1.1**

| In re Adolfo Aguilar | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-18636VZ |

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this Court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter  13   to a case under chapter  7  .

Dated:                                             Respectfully submitted,

                                                   Adolfo Aguilar
                                                   *Firm Name*


                                                   By: *Adolfo Aguilar*


                                                   Name: Adolfo Aguilar
                                                         *Attorney for Debtor/Trustee*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                        **F 1017-1.1**

Debtor's Motion to Convert Case - Page 3                                     **F 1017-1.1**

| In re Adolfo Aguilar | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-18636VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 7120 Hayvenhurst Ave suite 314, Lake Balboa, CA, 91406

A true and correct copy of the foregoing document described as _Debtor's motion to convert Chapter 13 to Chapter 7_ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _4/15/10_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/15/10 | Luis Ayala | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 **F 1017-1.1**

Debtor's Motion to Convert Case - *Page 4*   **F 1017-1.1**

| In re  Adolfo Aguilar | CHAPTER  13 |
|---|---|
| Debtor. | CASE NUMBER  2:10-bk-18636VZ |

### ADDITIONAL SERVICE INFORMATION (if needed):

Mailing/Fax List

Chapter 13 Trustee
Nancy K Curry
606 South Olive St.
Los Angeles,CA,90014

Bank of America
PO BOX 5170
Simi Valley,CA,93062

WFS Financial
PO BOX 19752
Irvine ,CA,92623

Bank of America
PO BOX 15710
Wilmington,DE,19886

Bank of America
1825 Buckeye Road
Phoenix ,AZ,85034

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 1017-1.1**