Form van180–convu VAN–180
Rev. 12/09

## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE THAT THE CASE HAS BEEN CONVERTED TO CHAPTER 7 FROM CHAPTER 13 AND OF RELATED REQUIREMENTS [11 U.S.C. § 1307(a)]

**DEBTOR(S) INFORMATION:**
 Adolfo Aguilar

**SSN:** xxx–xx–9380
**EIN:** N/A

638 W. Ave. H 12
Palmdale, CA 93550

**BANKRUPTCY NO.** 2:10–bk–18636–VZ
**CHAPTER** 7

---

The debtor having filed a Debtor's Notice of Conversion on 4/19/10, converting this chapter 13 case to a case under chapter 7 of the Bankruptcy Code;

NOTICE IS HEREBY GIVEN THAT:

(1) The chapter 13 trustee forthwith must turn over to the chapter 7 trustee all records and property of the estate remaining in the chapter 13 trustee's custody and control.

(2) The debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts within 30 days from the date of the filing the Debtor's Notice of Conversion or the first date set for the meeting of creditors, whichever is earlier.

(3) Within 14 days from the date of the filing of the Debtor's Notice of Conversion, the debtor must file:

   (a) A schedule of unpaid debts incurred after commencement of the chapter 13 case; and

   (b) The statements and schedules required by F.R.B.P. 1019(1)(A) and 1007, and if this case commenced on or after October 17, 2005, a *Statement of Current Monthly Income and Means Test Calculation, Official Form 22A,* if such documents have not already been filed.

(4) Within 30 days from the date of the filing of the Debtor's Notice of Conversion:

   (a) The chapter 13 trustee must file and transmit to the United States trustee a final report and account;

   (b) The debtor must, if the case is converted AFTER confirmation of a plan, file:

   (i) A schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion;

   (ii) A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion; and

   (iii) A schedule of unpaid debts not listed in the final report and account of the chapter 13 trustee which were incurred after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion.

Dated: April 19, 2010

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge

(Form van180–convu VAN–180) Rev. 12/09                                                    / WCK

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: wkaaumoan          Page 1 of 1          Date Rcvd: Apr 19, 2010
Case: 10-18636                Form ID: van180          Total Noticed: 3
```

The following entities were noticed by first class mail on Apr 21, 2010.
db         +Adolfo Aguilar,   638 W. Ave. H 12,    Palmdale, CA 93551
tr         +John J Menchaca,   835 Wilshire Blvd., Suite 300,    Los Angeles, CA 90017-2655
tr         +Nancy K Curry,   606 South Olive Street, Suite 950,    Los Angeles, CA 90014-1668

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2010**                    **Signature:**    _Joseph Speetjens_