1  JOHN J. MENCHACA
   835 Wilshire Boulevard, Suite 300
2  Los Angeles, California 90017
   Telephone: (213) 683-0349
3  Facsimile: (213) 683-1883

4  Chapter 7 Trustee

8               UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

11  In re                                  )
                                           )
12  ADOLFO AGUILAR                         )   Case No. 2:10-BK-18636-VZ
                                           )
13              Debtor(s)                  )
                                           )   Chapter 7
14                                         )
                                           )   NOTICE OF CONTINUED MEETING
15                                         )   OF CREDITORS AND APPEARANCE
                                           )   OF DEBTOR(S) [11 USC 341(A)]
16                                         )
                                           )   Date:  June 29, 2010
17                                         )   Time:  8:00a.m.
                                           )   Place: 725 S. Figueroa Street
18                                         )          Room 102
                                           )          Los Angeles, California 90017
19                                         )
                                           )
20                                         )
                                           )
21                                         )
                                           )
22                                         )

23      **TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY OF RECORD, IF**

24  **ANY:**

25          You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C.

26  Section 341(a) in the above-entitled matter has been continued to June 29, 2010 at

27  8:00 a.m. at Ernst & Young Plaza, 725 South Figueroa Street, Room 102, Lobby Level,

28  Los Angeles, California 90017:

1. Trustee is analyzing the Debtor's 2009 Tax Return.

Please call prior to the continued meeting to determine if an appearance is required.

Dated: June 23, 2010

/s/ John J. Menchaca
John J. Menchaca
Chapter 7 Trustee

John J. Menchaca
Chapter 7 Trustee
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

2

| In re:<br>Adolfo Aguilar<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:10-BK-18636-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

835 Wilshire Boulevard, Suite 300, Los Angeles, CA 90017

The foregoing document described NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC 341(A)] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June __, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June __, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Debtor(s):**
Adolfo Aguilar
638 W. Ave. H 12
Palmdale, CA 93550

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June __ 2010 | Eileen Gaeta | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**